UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In Re:

**Cathy D. Sebastian**  Case No.  09-04474-8-ATS
Chapter   7

Debtor

## OPPOSITION TO MOTION TO DISMISS CASE

The Debtor, by and through the attorney undersigned, hereby oppose the motion filed by the Bankruptcy Administrator on 8/31/09 in its entirety, and respectfully requests the Court set this matter for hearing.

**WHEREFORE** the Debtor prays that the Court deny the said Bankruptcy Administrator's motion, set this matter for hearing, and provide such other relief as to the Court seems just and proper.

Dated: September 22, 2009

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

 /s Jason Watson

Jason Watson
N.C. State Bar No.: 32986
6616-203 Six Forks Road
Raleigh, NC 27615
(919) 847-9750

## CERTIFICATE OF SERVICE

I, Jason D. Watson , of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on September 22, 2009, I served copies of the foregoing **Opposition to Motion**, by automatic **electronic noticing** upon the following parties:

Bankruptcy Administrator

Holmes P. Harden

by **regular U.S. mail**, upon the following parties:

Cathy D. Sebastian
P.O. Box 1034
Creedmoor, NC 27522

/s Jason D. Watson
Jason D. Watson