UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In Re:

**Cathy D. Sebastian**                          Case No.  09-04474-8-ATS
                                                Chapter   7

                          Debtor

## WITHDRAWAL OF OPPOSITION TO MOTION TO DISMISS CASE

The Debtor, by and through the attorney undersigned, hereby withdrawals the opposition to motion to dismiss case filed on 9/22/09.

Dated: November 2, 2009

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

 /s Jason Watson

Jason Watson
N.C. State Bar No.: 32986
6616-203 Six Forks Road
Raleigh, NC 27615
(919) 847-9750

## CERTIFICATE OF SERVICE

I, Jason D. Watson , of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on November 2, 2009, I served copies of the foregoing **Withdrawal of Opposition to Motion to Dismiss case**, by automatic **electronic noticing** upon the following parties:

Bankruptcy Administrator

Holmes P. Harden

by **regular U.S. mail**, upon the following parties:

Cathy D. Sebastian
P.O. Box 1034
Creedmoor, NC 27522

/s Jason D. Watson
Jason D. Watson