**SO ORDERED.**

**SIGNED this 10 day of November, 2009.**

_____
**J. Rich Leonard
United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: ) | CASE NO. 09-04474-8-JRL |
| ) | |
| CATHY D. SEBASTIAN ) | CHAPTER 7 PROCEEDING |
| ) | |
| DEBTOR(S). ) | |

### CONSENT ORDER DISMISSING
### CHAPTER 7 PROCEEDING

This matter came before this court upon the motion of the United States Bankruptcy Administrator for an order dismissing the debtor's Chapter 7 proceeding pursuant to 11 U.S.C. §707(b)(3), and the debtor's objection to said motion. The court finds that the Bankruptcy Administrator and debtor have resolved this motion by agreement. The court further finds that the debtor has withdrawn her objection to the motion. The court further finds that the parties agree that the debtor's Chapter 7 proceeding should be dismissed pursuant to 11 U.S.C. § 707(b)(3), and that the dismissal should be without prejudice or sanctions as to a future filing of the debtor.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED the above captioned debtor's case is hereby dismissed without prejudice or sanctions as to a future filing.

IT IS SO ORDERED.

Respectfully submitted by:

| | |
|---|---|
| /s/ C. Scott Kirk | /s/ Jason D. Watson |
| Staff Attorney | Attorney for Debtors |
| U.S. Bankruptcy Administrator | Law Offices of John T. Orcutt |
| P.O. Box 3758 | 6616-203 Six Forks Rd. |
| Wilson, NC  27895 | Raleigh, NC  27615 |
| (252) 237-6854 ext. 230 | (919) 847-9750 |
| Scott_Kirk@nceba.uscourts.gov | postlegal@johnorcutt.com |
| Ohio Supreme Court No. 0069617 | NC Bar No. 32986 |
| NC Bar No. 40349 | |
| Local Rule 83.1 | |

END OF DOCUMENT